1  **JENNIFER L. COON**
   California State Bar No. 203913
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, California 92101-5008
   Telephone: (619) 234-8467
4  Email: Jennifer_Coon@fd.org

5  Attorneys for Defendant

8                   UNITED STATES DISTRICT COURT

9               FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10                   (HONORABLE LOUISA S. PORTER)

11  UNITED STATES OF AMERICA,        ) CASE NO. 08MJ1922
                                     )
12          Plaintiff,                )
                                     )
13  v.                                )
                                     ) **NOTICE OF APPEARANCE**
14  ALBERTO CHACON-GUERRERO,          )
                                     )
15          Defendant.                )
    _____     )

17          Pursuant to implementation of the CM/EMF procedures in the Southern District of
18  California, Jennifer L. Coon, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead
19  attorney in the above-captioned case.

20                                          Respectfully submitted,

22  Dated: June 27, 2008                    /s/ *JENNIFER L. COON*
                                            Federal Defenders of San Diego, Inc.
23                                          Attorneys for Defendant
                                            Jennifer_Coon@fd.org

**CERTIFICATE OF SERVICE**

  Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

  Courtesy Copy to Chambers

  Copy to Assistant U.S. Attorney via ECF NEF

Dated: June 27, 2008          /s/ *JENNIFER L. COON*
                 Federal Defenders of San Diego, Inc.
                 225 Broadway, Suite 900
                 San Diego, CA 92101-5030
                 (619) 234-8467 (tel)
                 (619) 687-2666 (fax)
                 Jennifer_Coon@fd.org (email)